IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BENJAMIN EUGENE ISAAC,            *

     Plaintiff,                              *

v.                                                     Case No.  7:20-CV-99(HL)
                                           *

ROBERT ELLIS, et al.,
                                           *

     Defendants.
                                           *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of February, 2022.

                                         David W. Bunt, Clerk

                                         s/ S. B. DeCesare, Deputy Clerk